# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

| | | |
|---|---|---|
| JEAN REINHART, ADMINISTRATOR OF THE ESTATE OF BRIAN REINHART, DECEASED AND IN HER OWN RIGHT | : | No. 365 EAL 2020 |
| | : | |
| | : | |
| | : | Petition for Allowance of Appeal |
| v. | : | from the Order of the Superior |
| | : | Court |
| | : | |
| | : | |
| EUGENE MAYER, M.D., NORTHEAST GASTROENTEROLOGY ASSOCIATES, INC., MONA SODHI, D.O., ARIA HEALTH D/B/A ARIA JEFFERSON HEALTH - TORRESDALE, GEORGE H. TSIOTSIAS, D.O., AND ARIA HEALTH PHYSICIAN SERVICES | : | |
| | : | |
| | : | |
| | : | |
| | : | |
| | : | |
| | : | |
| | : | |
| PETITION OF: MONA SODHI, D.O., ARIA HEALTH D/B/A ARIA JEFFERSON HEALTH - TORRESDALE, GEORGE H. TSIOTSIAS, D.O. AND ARIA HEALTH PHYSICIAN SERVICES | : | |
| | : | |
| | : | |
| | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 9th day of March, 2021, the Petition for Allowance of Appeal is **DENIED**.